1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    JOSHUWA R. VINYARD,                      Case No.  2:24-cv-02244-JDP (PC)

11              Plaintiff,                     **ORDER**

12        v.                                   PLAINTIFF IS DIRECTED TO SUBMIT AN
                                               *IN FORMA PAUPERIS* APPLICATION OR
13    KONRAD, *et al.*,                        PAY THE FILING FEE

14              Defendants.

15

16        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to

17    42 U.S.C. § 1983.  Plaintiff has not, however, filed an *in forma pauperis* affidavit or paid the

18    required filing fee of $350.00 plus the $55.00 administrative fee.[1]  *See* 28 U.S.C. §§ 1914(a),

19    1915(a).  Plaintiff will be provided the opportunity either to submit the appropriate affidavit in

20    support of a request to proceed *in forma pauperis* or to submit the required fees totaling $405.00.

21        In accordance with the above, IT IS HEREBY ORDERED that:

22        1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit in

23    support of his request to proceed *in forma pauperis* on the form provided by the Clerk of Court,

24    or the required fees in the amount of $405.00; plaintiff's failure to comply with this order will

25    result in a recommendation that this action be dismissed; and

26

27            [1] If leave to file *in forma pauperis* is granted, plaintiff will still be required to pay the
      filing fee but will be allowed to pay it in installments.  Litigants proceeding *in forma pauperis* are
28    not required to pay the $55.00 administrative fee.

                                               1

2.  The Clerk of Court is directed to send plaintiff an Application to Proceed In Forma

Pauperis By a Prisoner.

IT IS SO ORDERED.


Dated:    August 26, 2024    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2