IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSHUWA VINYARD,** | 2:24-cv-02244-JDP |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **KONRAD, et al.,** | |
| Defendants. | |

The Court, having considered the Defendants' motion for an extension of time to file the dispositional documents, and good cause having been shown:

The Defendants' motion for an extension of time to file the dispositional documents is granted. The deadline for filing dispositional documents is July 31, 2025.

IT IS SO ORDERED.

Dated:   July 16, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:24-cv-02244-JDP)